**Richard J. WOLLENBERG,
III, Appellant,**

v.

**John E. POTTER, Postmaster General,
United States Postal Service,
Appellee.**

No. 06–3988.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 7, 2008.

Filed: March 17, 2008.

---

1. The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.

Richard J. Wollenberg, III, St. Paul, MN, pro se.

Lonnie F. Bryan, Asst. U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Richard J. Wollenberg, III, appeals the district court's [1] adverse grant of summary judgment in his Title VII discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Wollenberg, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.